No. 01–147. SECURITIES AND EXCHANGE COMMISSION *v.* ZANDFORD. C. A. 4th Cir. Motion of respondent for leave to

proceed *in forma pauperis* granted. Certiorari granted. ▮